UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA | * | CIVIL ACTION |
| v. | * | NUMBER: |
| KENTRELL HICKERSON | * | SECTION |
| | * | |

* * * *

**NOTICE OF REMOVAL OF SUBPOENA**

The United States of America, on behalf of its Federal Agency, The Department of Justice ("DOJ"), represented herein by the undersigned Assistant United States Attorney, removes the attached Subpoena as issued to Assistant United States Attorney Myles Ranier ("AUSA Ranier") from Criminal District Court for the Parish of Orleans to United States District Court for the Eastern District of Louisiana. As grounds for removal, the United States respectfully represents the following.

I.

The Subpoena attached hereto as Exhibit A was issued to AUSA Ranier in captioned case "State of Louisiana v. Kentrell Hickerson" a criminal action now pending in Criminal District Court for the Parish of Orleans, No. 516272, Section "H".

II.

This Subpoena may be removed from state court to this court because the subpoena, issued to the above named AUSA, represents an action against an officer of the Courts of the United States for the purpose of obtaining testimony. 28 U.S.C. §§ 1442(a)(1), (a)(3), (d)(1).

III.

The present removal affects the referenced and attached subpoena to the AUSA Ranier and any related enforcement proceedings. The underlying criminal case, State of Louisiana v.

Kentrell Hickerson remains pending in Criminal District Court for the Parish of Orleans. *See State of Louisiana v. Sparks*, 978 F.2d 226, 229 n.6 (5th Cir. 1992). *State of Louisiana v. Scire*, 15 F.3d 1078, &1 (5th Cir. 1994).

IV.

The United States has forwarded for filing into the state-court record a notice to adverse parties of filing this notice of removal. 28 U.S.C. § 1446(d).

V.

A copy of all relevant pleadings in the possession of the United States of America are attached to this notice as Exhibit A.

VI.

The attached Subpoena now pending in Criminal District Court for the Parish of Orleans, State of Louisiana, are properly removed to this Court under 28 U.S.C. § 1442(a)(1).

Respectfully submitted,
DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

**/s/ Sunni J. LeBeouf**

SUNNI J. LeBEOUF (LA Bar #: 28633)
Assistant United States Attorneys
650 Poydras Street, 16th Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3005
Facsimile: (504) 680-3186
sunni.j.lebeouf@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record who are participants. I further certify that I mailed and/or faxed the foregoing document via facsimile and/or first class mail to all non CM/ECF participants.

**/s/ Sunni J. LeBeouf**
**SUNNI J. LeBEOUF**
Assistant U.S. Attorney